

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| T & T STAFF MANAGEMENT, INC., | § | No. 08-24-00085-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| MARIA DE JESUS GARCIA, | § | of El Paso County, Texas |
| Appellees. | § | (TC#2023-DCV-1674) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF JUNE 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.